IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GAGANDEEP SINGH,**

    **Petitioner,**

v.                                                Civ. No. 26-168 JB/JFR

**DORA CASTRO, in her official capacity as
Warden of the ICE Otero County Processing
Center, MARISA FLORES, in her official
capacity as El Paso Field Office Director for
U.S. Immigration and Customs Enforcement,
and KRISTI NOEM, in her official capacity as
Secretary of the Department of Homeland Security**,

    **Respondents.**

## ORDER

    **THIS MATTER** comes before the Court *sua sponte*. On January 29, 2026, the Court entered an Order Directing Clerk to Serve Respondents and for Respondents to Show Cause ("Order"), which directed the United States Attorney's Office ("USAO") to file an Answer to the Petition (Doc. 1) within five days of receipt of service. Doc. 5. The following day, the Clerk's office sent copies of the Court's Order (Doc. 5) and the Petition (Doc. 1) by certified mail to the addresses listed in the Court's Order (Doc. 5) as well by email to the USAO. Additionally, on January 30, 2026, the Clerk's office provided notice of completion of electronic service on all federal respondents pursuant to the Court's Standing Order *In the Matter of: Service of Process in Immigration Habeas Petitions filed Pursuant to §§ 2241 Et Seq.*, 26-MC-00004-03.

    The Federal Respondents have not filed a response or answer to the Petition as ordered. If Respondents fail to answer the Petition within five (5) days of the entry of this order, the Court will rule on the merits of the Petition without further notice. The Court will construe any response or motion to dismiss as an answer to the habeas petition. If changed circumstances

have affected this case, the parties should file a status report within five (5) days of the entry of this order.

**IT IS SO ORDERED.**

_____
JOHN F. ROBBENHAAR
UNITED STATES MAGISTRATE JUDGE